UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
16 JUL 28 AM 10: 29
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:16MJ185SLO |
| Plaintiff, | ORDER |
| v. | |
| JOSE ESTRADA-MORENO, | |
| Defendant. | |

### ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS (Doc. #9)

On or about July 28, 2016, pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss without prejudice the criminal complaint against defendant Jose Estrada-Moreno. The Court hereby GRANTS this motion and dismisses without prejudice the criminal complaint in this case. The Court further ORDERS that the detention order against Jose Estrada-Moreno is hereby dissolved.

7-28-16
DATE

HONORABLE SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE

1